IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SRS ACQUISITION CORPORATION,
d/b/a SOUTHERN SHINGLES,

    Plaintiff,

v.

T&K CONTRACTING, INC.
d/b/a T&K POWER ROOFING,
and TIM BURNS,

    Defendants.

AMENDED
JUDGMENT IN A CIVIL CASE

Case No. 11-cv-639-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is amended and entered in favor of plaintiff SRS Acquisition Corporation, d/b/a Southern Shingles, in the amount of $114,503.11 together with interest at a rate of 5% per annum and disbursements in the amount of $417.98.

_____      7/9/12
Peter Oppeneer, Clerk of Court          Date